

# Fourth Court of Appeals
## San Antonio, Texas

November 29, 2017

No. 04-17-00642-CV

**IN THE INTEREST OF A.B.S., A CHILD,**

From the 73rd Judicial District Court, Bexar County, Texas
Trial Court No. 2011-CI-17935
Honorable David A. Canales, Judge Presiding

# O R D E R

The reporter's record was originally due November 6, 2017, but was not filed. On November 20, 2017, the court reporter filed a notification of late record stating the reporter's record has not been filed because she is not the court reporter responsible for filing the record, and if it is determined that she is the court reporter responsible for the record, then appellant has failed to file a designation of record. TEX. R. APP. 34.6(b)(1).

Accordingly, we **ORDER** appellant to file written proof to this court on or before **December 11, 2017** that she has filed a designation of record with the district clerk, confirming the identity of the court reporter responsible for taking the reporter's record and the portion of the reporter's record needed for appeal. If appellant fails to respond within the time provided, appellant's brief will be due within thirty days from the date of this order, and we will only consider those issues or points raised in appellant's brief that do not require a reporter's record for a decision. *See id.* R. 37.3(c).

We **order** the clerk of this court to serve a copy of this order on all counsel, the court reporter, and the district clerk.

_____
Marialyn Barnard, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 29th day of November, 2017.

_____
KEITH E. HOTTLE,
Clerk of Court